IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELBERT C. CORMIER, d/b/a Smithcorm, LLP, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-08-1978 |
| § § | |
| CRAIG BEAL, *et al.*, § § | |
| Defendants. § | |

## ORDER

The complaint in this case appears to be by a Texas citizen against other Texas citizens arising from a promissory note and real estate transaction. If no federal question is raised and diversity of citizenship is not present, this court would lack subject-matter jurisdiction over the case.

No later than July 11, 2008, the plaintiff must show cause why this case should not be dismissed for lack of subject-matter jurisdiction.

SIGNED on June 26, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge