**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ELBERT C. CORMIER, d/b/a Smithcorm, LLP, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-1978 |
| CRAIG BEAL, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

The complaint in this case appears to be by a Texas citizen against other Texas citizens arising from a promissory note and real estate transaction. If no federal question is raised and diversity of citizenship is not present, this court lacks subject-matter jurisdiction over the case. On June 26, 2008, this court ordered the plaintiff to show cause why this case should not be dismissed for lack of subject-matter jurisdiction. The plaintiff's response was due by July 15, 2008. No response has been filed.

This case is dismissed for lack of subject-matter jurisdiction.

SIGNED on July 15, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge